**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.**      ) | Case No.: **04-12478 RGS** |
| ) | |
| Plaintiff,      ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs.      ) | **WITH PREJUDICE** |
| ) | |
| **Louis Pignatone**      ) | |
| ) | |
| Defendant      ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint with prejudice and without cost to either party.

                                                 Respectfully Submitted for the Plaintiff,
                                                 Comcast of Massachusetts I, Inc.
                                                 By Its Attorney,

6/10/05                                            /s/ John M. McLaughlin
Date                                             John M. McLaughlin
                                                   **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                                 77 Pleasant Street
                                                 P.O. Box 210
                                                 Northampton, MA 01061
                                                 Telephone:  (413) 586-0865
                                                 BBO No. 556328

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 10th day of June, 2005, a copy of the foregoing was mailed first class to:

Louis Pignatone
9 Jonathan Road
Burlington, MA 01803

                                                      /s/ John M. McLaughlin
                                                      John M. McLaughlin, Esq.